IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:18-CR-06 |
| | ) | |
| NATHAN S. MARLOW | ) | |
| | ) | |

# **O R D E R**

Magistrate Judge Debra C. Poplin filed a report and recommendation, recommending that the Court: (1) accept Defendant's guilty plea as to Counts One and Two; (2) adjudicate the Defendant guilty of Counts One and Two; and (3) order that Defendant remain in custody until sentencing in this matter [doc. 368]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Poplin's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADPOTS** the magistrate judge's report and recommendation [doc. 368], pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Counts One and Two of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Two is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Counts One and Two;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **January 13, 2020, at 2:00 p.m.** before the undersigned.

   **IT IS SO ORDERED.**

                                           s/ Thomas W. Phillips
                                   SENIOR UNITED STATES DISTRICT JUDGE